United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 25-13642-SY

Dos Lagos Center 2, LLC                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                     User: admin                            Page 1 of 2

Date Rcvd: Jun 25, 2025                  Form ID: 309F1                          Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dos Lagos Center 2, LLC, 4261 Odyssey Dr Unit 116, Corona, CA 92883-5629 |
| 42503207 | + | American Fence Company Inc, Attn Nicole Ball, 1860 Goetz Rd, Perris, CA 92570-6272 |
| 42503210 | + | First American Title Insurance Company, 9255 Town Center Dr Ste 200, San Diego, CA 92121-3035 |
| 42503211 | + | First Credit Bank, Attn Kambiz Ghassemieh, 9255 Sunset Blvd, West Hollywood, CA 90069-3392 |
| 42503212 | + | First Federal Development & Co, Attn WeiCai Li, 4280 Odyssey Dr Unit 103, Corona, CA 92883-5604 |
| 42503214 | + | Fu Bang Group Corp USA, Attn Bo Don, 4261 Odyssey Dr Unit 117, Corona, CA 92883-5629 |
| 42503215 | | Hua YiXu, 4260 Odyssey Dr Unit 116, Corona, CA 92883 |
| 42503217 | | Leech Tishman Nelson Hardiman, Attn Ivan M Posey, 1100 Glendon Ave Fl 14, Los Angeles, CA 90024-3518 |
| 42503218 | + | Na Jiang, Attn Daisy Yun Zhao, DT Law Corporation, 7700 Irvine Center Dr Ste 800, Irvine, CA 92618-3047 |
| 42503219 | + | RDD Frt Intl - LA, Attn Zhang Lang, 125 Vineland AVe, La Puente, CA 91746-2318 |
| 42503220 | | Riverside County Treasurer-Tax Collector, PO Box Box 12005, Riverside, CA 92502-2205 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dtalerico@wztslaw.com | Jun 26 2025 01:07:00 | Derrick Talerico, Weintraub Zolkin Talerico & Selth LLP, 11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Jun 26 2025 01:08:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 42503208 | | EDI: CALTAXFEE | Jun 26 2025 05:03:00 | CA Dept of Tax and Fee Admin, Account Info Group MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| 42503209 | | EDI: EDD.COM | Jun 26 2025 05:03:00 | Employment Development Dept, Bankruptcy Group MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 42503213 | | EDI: CALTAX.COM | Jun 26 2025 05:03:00 | Franchise Tax Board, Bankruptcy Section MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42503216 | | EDI: IRS.COM | Jun 26 2025 05:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0973-6             User: admin             Page 2 of 2

Date Rcvd: Jun 25, 2025            Form ID: 309F1            Total Noticed: 17

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov |
| Dennette A Mulvaney | on behalf of Creditor First Credit Bank dmulvaney@leechtishman.com lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com |
| Derrick Talerico | on behalf of Debtor Dos Lagos Center 2  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |
| Rika Kido | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Dos Lagos Center 2, LLC** <br><br> Name | EIN: 45–5127357 |
| United States Bankruptcy Court   Central District of California | | Date case filed for chapter:    11    5/30/25 |
| Case number:    6:25–bk–13642–SY | | |

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. | **Debtor's full name** | Dos Lagos Center 2, LLC |
| 2. | **All other names used in the last 8 years** | |
| 3. | **Address** | 4261 Odyssey Dr Unit 116 <br> Corona, CA 92883 |
| 4. | **Debtor's attorney** <br> Name and address | Derrick Talerico <br> Weintraub Zolkin Talerico & Selth LLP <br> 11766 Wilshire Blvd <br> Suite 730 <br> Los Angeles, CA 90025 <br><br> Contact phone 310–207–1494 <br><br> Email:  dtalerico@wztslaw.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 3420 Twelfth Street, <br> Riverside, CA 92501–3819 <br><br> Hours open: <br> 9:00AM to 4:00 PM <br><br> Contact phone  855–460–9641 <br><br> Dated: 6/25/25 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and creditors. <br> Creditors may attend, but are not required to do so. | **July 3, 2025 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. <br><br> Location: <br><br> **TELEPHONIC MEETING, CONFERENCE LINE:1–888–330–1716, PARTICIPANT CODE:9718357** |

19/ME6

**For more information, see page 2 >**

Debtor  **Dos Lagos Center 2, LLC**                                                        Case number **6:25–bk–13642–SY**

| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Notice of deadline will be sent at a later time. |
|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**  9/2/25 |
|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3801 University Avenue Suite 720, Riverside, CA 92501–3200. |