Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] Attorneys for Dos Lagos Center 2, LLC,
Debtor and Debtor in Possession

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>DOS LAGOS CENTER 2, LLC,<br><br>Debtor and<br>Debtor in Possession. | Case No. 6:25-bk-13642-SY<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br><u>Hearing</u>:<br>Date: July 10, 2025<br>Time: 1:30 p.m.<br>Crtrm: 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

Dos Lagos Center 2, LLC, debtor and debtor in possession herein ("DLC2" or the "Debtor"), hereby files its Chapter 11 Status Report.

**A. Brief Description of the Debtor's Business and Operations**

DLC2 and Fu Bang Group Corp, USA ("Fu Bang") own two contiguous parcels of real property in Corona, CA which comprise an intended "live work play" commercial and residential development known as "Dos Lagos." The Fu Bang property was planned for 94 units and a common area swimming pool. The DLC2 property would contain a hotel. Fu Bang and DLC2 share common

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

but not identical ownership. At the time of the bankruptcy filing, 51 of the 94 units have been constructed ("Phase One") and are occupied by tenants, management, or available to rent. The "Phase Two" area intended for 43 additional units has utility infrastructure but is otherwise undeveloped. DLC2 does not have any active operations other than maintaining and securing its undeveloped real property.

**B. Responses to Scheduling Order Questions:**

**1. What Precipitated the Filing of the Case**

Fu Bang had not made loan payments to First Credit Bank, its senior secured lender, since January 2025. First Credit Bank brought suit on its loan and for a receiver. In April 2025, Mark Adams was appointed as receiver and took possession of the Fu Bang property. At the time of the bankruptcy filing, the Receiver was responsible for collecting rents and paying for the operating costs of the Fu Bang property. The Receiver turned over control of the Fu Bang property to Fu Bang during the week of June 23, 2025. First Credit Bank also recorded a Notice of Default on December 16, 2024 and a Notice of Sale on April 15, 2025 with an initial sale date of May 21, 2025. Sparknest LLC, Debtor's second priority lienholder, recorded a Notice of Sale on March 11, 2025 with an initial sale date of April 15, 2025.

First Credit Bank had been granted a security interest in the DLC2 property as a credit enhancement to its collateral package on its loan to Fu Bang. First Credit Bank took action to recover against the DLC2 property and recorded a Notice of Default on January 16, 2025 and a Notice of Sale on April 17, 2025 with an initial sale date of May 21, 2025.

**2. What the Debtor Hopes to Accomplish in this Case**

The Debtor, in consultation with Nicholas Rubin (proposed CRO) and Force Ten Partners, is examining whether the DLC2 property, if sold, could add value to the Fu Bang/DLC2 enterprise for the benefit of creditors and equity holders of each debtor.

**3. The Principal Business and Financial Problems Facing the Debtor and Intentions**

The Debtor currently has no income and must find a restructuring solution that either eliminates the First Credit Bank lien or provides assurance that the First Credit Bank debt will be

paid over time. DLC2 needs new capital to pay for maintenance, preservation, and the holding cost pending a sale or funding necessary for development.

**4. Main Legal Disputes Facing Debtor and Likely to be Encountered, Recommended Resolutions**

The Debtor is examining whether consideration was received by the Debtor in exchange for the lien granted to First Credit Bank. If the Fu Bank property is sold or the First Credit Bank debt is restructured with a DIP loan, this issue would be moot.

**5. The Debtor's Estimate Regarding Timing for Plan Confirmation**

The Debtor intends to file a plan within the 90-day single asset real estate period (by August 28, 2025) as required by Section 362(d)(3) or bring a motion to extend that period for cause. Assuming a plan is filed in August, the Debtor anticipates plan confirmation in October. Even with an extended period to file a plan, the Debtor anticipates plan confirmation before year end.

**6. Is the Debtor a Small Business Debtor as Defined in 11 U.S.C. § 191(51D)?**

No.

**7. Is This Case a Single Asset Real Estate Case as Defined in 11 U.S.C. § 191(51B)?**

Yes.

**8. Has the Debtor Complied With All of Its Duties Under 11 U.S.C. §§ 521, 1106, & 1107, Fed. R. Bankr. P. 1007, and All Applicable Guidelines of the Office of the US Trustee?**

Yes.

**9. Do Any Parties Claim an Interest in Cash Collateral of the Debtor? Is the Debtor using Cash Collateral that Any Party Claims as its Cash Collateral, and if so, on What Date Did the Debtor Obtain an Order Authorizing the Use of Such Cash or the Consent of the Party?**

No.

**C. The Identity of All Professionals Retained or to be Retained by the Estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered regarding such applications (if any), a general description of the services to be rendered by each professional, and an estimate of the expected amount of compensation for each professional.**

WZTS employment application will be filed on June 30, 2025. Force Ten Partners employment application will also be filed on June 30, 2025. The last day for NEF parties to object to either applications will be July 14, 2025, and the mail-serve parties will be July 17, 2025.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**D. Evidence regarding projected income, expenses, and cash flow for the first six months of the case and a comparison to actual results for the 12 months preceding the filing of the case**

The Debtor does not have operations and requires funding only for fencing, taxes, insurance, and US Trustee fees.

**E. Proposed deadlines for the filing of claims and objections to claims**

August 15, 2025

**F. A discussion of the unexpired leases and executory contracts to which the Debtor is a party, and the Debtor's intentions and a proposed timetable for addressing such leases and contracts.**

None.

**G. Whether the Debtor anticipates the sale of any estate assets by motion or in connection with a Plan.**

A sale is possible, but it is more likely that the Debtor will retain ownership of its property.

**H. Proposed deadline for the filing of a disclosure statement and plan.**

Within the SARE timeline or as extended by the Court.

**I. Service of the Scheduling Order**

Pursuant to the *Proof of Service of: Order Scheduling Chapter 11 Status Conference* filed on June 17, 2025 [Dkt. 18], the Debtor served the Scheduling Order upon the parties listed on the Court's Label Matrix by US Mail on June 10, 2025.

Dated: June 29, 2025

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By *\/s/ Derrick Talerico*
Derrick Talerico
[Proposed] Counsel to Dos Lagos Center 2, LLC, Debtor and Debtor in Possession

Main Document Page 5 of 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 30, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 30, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun (via Messenger)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Main Document Page 6 of 7

In re Dos Lagos Center 2, LLC Case No. 6:25-bk-13642-SY

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor Dos Lagos Center 2, LLC: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Courtesy NEF/Interested Party **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- Attorneys for Creditor First Credit Bank: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- US Trustee's Office (RS): ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-13642-SY
Central District of California
Riverside
Tue Jun 30 09:58:28 PDT 2025

Dos Lagos Center 2, LLC
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
*DEBTOR*

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

American Fence Company Inc
Attn Nicole Ball
1860 Goetz Rd
Perris, CA 92570-6272
*20 LARGEST*

CA Dept of Tax and Fee Admin
Account Info Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035
*ADDITIONAL NOTICE*

First Credit Bank
Attn Kambiz Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392
*SECURED CREDITOR*

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604
*20 LARGEST*

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Fu Bang Group Corp USA
Attn Bo Don
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629
*20 LARGEST*

Hua YiXu
4260 Odyssey Dr Unit 116
Corona, CA 92883
*20 LARGEST*

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518
*ADDITIONAL NOTICE*

Na Jiang
Attn Daisy Yun Zhao
DT Law Corporation
7700 Irvine Center Dr Ste 800
Irvine, CA 92618-3047
*UNSECURED CREDITOR*

RDD Frt Intl - LA
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318
*20 LARGEST*

Riverside County Treasurer-Tax Collector
PO Box Box 12005
Riverside, CA 92502-2205
*SECURED CREDITOR*

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
*FILING ATTORNEY*