Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-13004-SY |
| DOS LAGOS CENTER 2, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DERRICK TALERICO IN SUPPORT THEREOF** |
| | [No Hearing Set Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

Dos Lagos Center 2, LLC (the "Debtor" or "DLC2"), the above-captioned chapter 11 debtor and debtor-in-possession, files this application (the "Application") for the entry of an order authorizing the employment of Weintraub Zolkin Talerico & Selth LLP (the "Firm" or "WZTS") as its general bankruptcy counsel in the above-captioned bankruptcy case (the "Bankruptcy Case"), pursuant to Sections 327 and 1107 of Title 11 of the United States Code (beginning at 11 U.S.C. §§

-1-

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
**11766 WILSHIRE BLVD., SUITE 730**
**LOS ANGELES, CA 90025**

101, et seq., the "Bankruptcy Code"), with compensation to be paid to the Firm pursuant to Section 330 of the Bankruptcy Code.

## I.

## INTRODUCTION

### A.    The Bankruptcy Case Background

On May 30, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor continues to carry out its business operations and manage its financial affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.  No trustee or examiner has been appointed in the Bankruptcy Case.

### B.    The Debtor's Business

DLC2 owns a parcel of real property (APN 279-460-063, the "Property") in Corona, California, on which a hotel was planned to be built.  DLC2 is an affiliate of Fu Bang Group Corp, USA ("Fu Bang"), which is a debtor in a chapter 11 bankruptcy case pending before this Court (Case No. 6:25-bk-13004-SY).  Fu Bang owns an adjacent property located at 2798 Troy Court, Corona, CA 92883, which was planned to house 94 residential housing units and a common area swimming pool.  The intention of DLC2 and Fu Bang was to develop the two properties to create a "live work play" commercial and residential development known as "Dos Lagos."

Regarding the Fu Bang property, at present, 51 of the 94 planned units have been constructed.  Due to a *lis pendens* on the property, Fu Bang was not able to sell condo units as originally intended. At present, 36 units are rented to third parties at various market rates, 8 units are rented to EB5 investors for nominal rates, and one unit is provided rent-free to a religious organization for use as a temple. Four units are vacant and available for rent. One unit is used by Fu Bang as an office and one unit is a community center. At this time, the condo map has expired and would need to be renewed in order for units to be sold individually. The phase 3 development site on the Fu Bang property is intended for 43 additional condo units. Concrete slabs have been laid down for this development along with utilities stubbed to the site. The Fu Bang property has recently been appraised at $24 million. Facing foreclosure by two secured lenders, First Credit Bank and Sparknest, LLC, Fu Bang filed a chapter 11 bankruptcy case on May 7, 2025.  DLC2, also

-2-

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

facing foreclosure of its Property by First Credit Bank, filed this Bankruptcy Case soon after, on May 30, 2025.

DLC2 intends to file a joint plan with Fu Bang that will propose financing and ultimate sale of the Fu Bang property and the retention or sale of the Dos Lagos property as best serves parties in interest.

## II.

### PROPOSED EMPLOYMENT AND QUALIFICATIONS OF THE FIRM

**A.     Services to be Performed**

Subject to the approval of the Court, Sections 327 and 1107 of the Bankruptcy Code authorize a debtor, as debtor in possession, to employ counsel at the expense of the bankruptcy estate.  The Debtor requires experienced bankruptcy counsel to represent them in matters before the Court and to assist them in reorganizing their financial affairs in the Bankruptcy Case. Specifically, the Debtor anticipates that the following services will be required by them during the pendency of the Bankruptcy Case (collectively, the "Services"):

1.     Advice concerning the Debtor's rights, powers, and duties under Sections 1107 and 1108 of the Bankruptcy Code;

2.     Advice concerning all general administrative matters in the Bankruptcy Case and dealings with the Office of the United States Trustee;

3.     Representation of the Debtor at all hearings before the United States Bankruptcy Court involving the Debtor in its capacity as debtor-in-possession and as reorganized debtor, as applicable, unless the Debtor is represented in that proceeding or hearing by other/special counsel;

4.     Preparation on the Debtor's behalf, as debtor-in-possession, of all necessary schedules and amendments thereto, applications, motions, orders and other legal papers;

5.     Advice to the Debtor regarding matters of bankruptcy law, including the Debtor's rights and remedies with respect to assets of their bankruptcy estate (the "Estate") and creditor claims;

6.     Representation of the Debtor with regard to all contested matters;

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

7. Representation of the Debtor in any litigation commenced by, or against, it, provided that such litigation is within the Firm's expertise and subject to a further engagement agreement with the Debtor on terms acceptable to Debtor and the Firm;

8. Representation of the Debtor with regard to the negotiation, preparation and implementation of one or more plans of reorganization;

9. Analysis of any secured, priority, or general unsecured claims that have been filed in the Bankruptcy Case;

10. Negotiation with the Debtor's secured and unsecured creditors regarding the amount and payment of claims;

11. Objection to claims as may be appropriate; and

12. Performance of all other legal services for the Debtor in its capacities as debtor-in-possession, as may be necessary.

**B.      Qualifications of The Firm**

The Debtor believes the Firm is well-qualified to render the Services. The Debtor selected the Firm to represent it in the Bankruptcy Case because of the Firm's extensive experience and knowledge in the fields of corporate reorganization and bankruptcy law. All attorneys comprising, or associated with, the Firm are admitted to practice law in all California courts and before the United States District Court for the Central District of California. The attorneys employed by the Firm have confirmed numerous chapter 11 plans for businesses and individuals. The attorneys primarily responsible for representing the Debtor, and their current standard hourly rates, are: Derrick Talerico, Partner, $675 per hour; David Zolkin, Partner, $675 per hour. Biographies for the primary professionals anticipated to provide services to the Debtor in the Bankruptcy Case are attached as **Exhibit 1** to the Declaration of Derrick Talerico (the "Talerico Decl.").

Accordingly, the Firm possesses the requisite expertise and background to handle all matters that are likely to arise in the Bankruptcy Case. The Debtor therefore believes that employment of the Firm on the terms and conditions set forth in this Application is in the best interests of the Debtor and the creditors of its Estate.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**C.      The Firm is "Disinterested" and Does Not Hold an Adverse Interest**

Except to the extent set forth in the attached *Declaration of Derrick Talerico*, to the best of the Firm's knowledge, after full investigation:

1.      The Firm does not hold or represent any interest adverse to the Debtor or the Estate;

2.      The Firm has no prior connection with the Debtor or any creditor of the Estate;

3.      The Firm has no prior connection with any insiders of the Debtor, any entities disclosed to the Firm to be related to the Debtor, any creditors of the Debtor, or any other party in interest in the Bankruptcy Case or their respective attorneys or accountants, the United States Trustee, or any person employed by the United States Trustee; and

4.      None of the professionals, paraprofessionals, or other employees comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, to the United States Trustee, or any employee of the United States Trustee.

Accordingly, the Firm is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

**III.**

**RETAINERS AND COMPENSATION PROCEDURES**

This Application is brought in accordance with Bankruptcy Code Sections 327, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1(b).  For its services, the Firm has agreed to be employed and compensated subject to the provisions of the Bankruptcy Code, including without limitation, Section 330.  All fees and expenses for the Firm's services shall be compensated at the Firm's ordinary and customary hourly billing rates (billed in increments of tenths of an hour), which may be subject to adjustment from time to time, plus expenses.  The ordinary and customary hourly billing rates of the Firm, at the time of this Application, are set forth in the Talerico Decl. annexed hereto.

The Firm understands the provisions of Bankruptcy Code Sections 327, 330, and 331 of the Bankruptcy Code, which require, among other things, Court approval of the Debtor's employment

of the Firm and of all fees and reimbursement of expenses that the Firm will receive from the Estate for its services.  In compliance with Sections 330 and 331 of the Bankruptcy Code, the Firm intends to file applications for allowance of fees and reimbursement of costs as and when appropriate but will file interim fee applications not more frequently than once every four (4) months that the Bankruptcy Case is pending.

The Firm began advising the Debtor in or about May 2025.  The Debtor provided the Firm with a prepetition retainer (the "Prepetition Retainer") of $5,000 on April 29, 2025.  The Prepetition Retainer was paid to the Firm to compensate it for its legal services and costs, including the filing fees for the Bankruptcy Case. The Debtor did not have sufficient funds to pay a retainer to bankruptcy counsel. The Debtor secured a loan from Grand United Builder Inc. ("GUB") for $5,000 to DLC2 (the "GUB Loan") for the purpose of funding a retainer to Weintraub Zolkin Talerico & Selth LLP ("WZTS"). The Debtor directed GUB to wire the loan proceeds directly to WZTS. The principal of GUB is Danny Liwu He. Mr. He is a friend of Bo Don. Neither Mr. He nor GUB are an insider of the Debtor.

The Firm incurred $4,634.00 in attorneys' fees and costs prior to the filing of the Petition, which amount was paid from the Prepetition Retainer, leaving a retainer balance of $366.00 held in the Firm's client trust account (the "Chapter 11 Retainer").  The Firm was not owed any money by the Debtor on the Petition Date.

The Firm will draw down on the Prepetition Retainer in accordance with the Guide to Applications for Retainers, and Professionals and Insider Compensation ("Fee Guide"), promulgated by the Office of the United States Trustee, except that the Prepetition Retainers will be maintained in the Firm's attorney-client trust account. The Firm will submit a monthly Professional Fee Statement each month until the Prepetition Retainers are exhausted. This Professional Fee Statement procedure is appropriate in this Bankruptcy Case because the work anticipated to be performed is significant, especially for a smaller firm such as the Firm. Waiting extensive periods for approval of interim fee applications would be an undue hardship for the Firm. Furthermore, to the extent any reassessment of fees is ordered by the Court, the Firm can respond accordingly.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-6-
DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

During Bankruptcy Case, the Firm will seek Court authority to be paid by the Debtor for any and all fees incurred and expenses advanced by the Firm in its representation of the Debtor. All such fees and costs will be subject to review by the Court pursuant to one or more fee applications filed by the Firm.

**IV.**

**CONCLUSION**

**WHEREFORE**, the Debtor requests that the Court enter an order:

1.      Granting the Application;

2.      Authorizing the Debtor, based upon the foregoing and pursuant to Bankruptcy Code Sections 327 and 1107, and in accordance with Federal Rule of Bankruptcy Procedure 2014(a) and Local Bankruptcy Rule 2014-1(b)(1), to employ the Firm as its general bankruptcy counsel in the Bankruptcy Case, effective as of the Petition Date, with compensation in such amount as the Court may hereafter allow in accordance with the law, on the terms set forth above; and

3.      Granting such other and further relief as this Court deems just and proper under the circumstances.

Dated:  June 30, 2025                          Dos Lagos Center 2, LLC


By:_____
9]!95!,5EU!JT8S5./@-=!I-W.-A-E838/C-!
R.-A-E8-=!^]X!

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By:  */s/ Derrick Talerico*
     ,-../01!234-./05!
     ZR.5W5A-=[!\-E-.34!93E1.TW80]!O5TEA-4!85!!
     ,-^85.!3E=!,-^85.Y/EYR5AA-AA/5E!

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-7-

**DECLARATION OF DERRICK TALERICO**

I, Derrick Talerico, hereby declare as follows:

1. I am an attorney duly admitted to practice law in the state of California and am admitted inter alia to the United States District Court for the Central District of California, and therefore to practice in the United States Bankruptcy Court for the Central District of California. I have personal knowledge of the facts stated herein and knowledge based on business records of my law practice and of my law firm Weintraub Zolkin Talerico & Selth LLP (the "Firm")

2. I submit this Declaration in support of the *Application of Chapter 11 Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* filed by Dos Lagos Center 2, LLC ("Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Bankruptcy Case").

3. On May 30, 2025 (the "Petition Date"), the Firm, on the Debtor's behalf, filed a petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition"). It is anticipated that the Firm will be required to render the following services during the Bankruptcy Case (the "Services"):

a. Advice concerning the Debtor's rights, powers, and duties under Sections 1107 and 1108 of the Bankruptcy Code;

b. Advice concerning all general administrative matters in the Bankruptcy Case and dealings with the Office of the United States Trustee;

c. Representation of the Debtor at all hearings before the United States Bankruptcy Court involving the Debtor in its capacity as debtor-in-possession and as reorganized debtor, as applicable, unless the Debtor is represented in that proceeding or hearing by other/special counsel;

d. Preparation on the Debtor's behalf, as debtor-in-possession, of all necessary schedules and amendments thereto, applications, motions, orders and other legal papers;

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-8-

e.    Advice to the Debtor regarding matters of bankruptcy law, including the Debtor's rights and remedies with respect to assets of their bankruptcy estate (the "Estate") and creditor claims;

f.    Representation of the Debtor with regard to all contested matters;

g.    Representation of the Debtor in any litigation commenced by, or against, it, provided that such litigation is within the Firm's expertise and subject to a further engagement agreement with the Debtor on terms acceptable to Debtor and the Firm;

h.    Representation of the Debtor with regard to the negotiation, preparation and implementation of one or more plans of reorganization;

i.    Analysis of any secured, priority, or general unsecured claims that have been filed in the Bankruptcy Case;

j.    Negotiation with the Debtor's secured and unsecured creditors regarding the amount and payment of claims;

k.    Objection to claims as may be appropriate; and

l.    Performance of all other legal services for the Debtor in its capacities as debtor-in-possession, as may be necessary.

4.    The Firm is well qualified for the type of representation required by the Debtor. The attorneys employed by the Firm have confirmed numerous chapter 11 plans for businesses and individuals.  All attorneys comprising, or associated with, the Firm are admitted to practice law in all California courts and before the United States District Court for the Central District of California.  The attorneys primarily responsible for representing the Debtor, and their current standard hourly rates, are:  Derrick Talerico, Partner, $675 per hour; David Zolkin, Partner, $675 per hour.  Biographies for the primary professionals anticipated to provide services to the Debtor, including Martha Araki, Paralegal, $295 per hour, are attached hereto as **Exhibit 1**.  Among other qualifications, my partners and I have served as general bankruptcy counsel to debtors in numerous chapter 11 cases. We also have decades of experience representing other parties in interest in insolvency proceedings, including without limitation,

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

creditors, creditors' committees and bankruptcy trustees.  The Firm possesses the requisite expertise and background to handle all matters that are likely to arise in the Bankruptcy Case.

5.     To the best of my knowledge, after full investigation,

a.     The Firm does not hold or represent any interest adverse to the Debtor or the Estate;

b.     The Firm is currently representing Fu Bang Group Corp, USA ("Fu Bang") in its chapter 11 bankruptcy case before this Court. Fu Bang and the Debtor share common (but not identical ownership as disclosed in their schedules). Fu Bang and the Debtor have intercompany claims that must be addressed in the Debtor's and Fu Bang's bankruptcy proceedings. The Firm provided services to the Debtor prepetition in connection with the preparation for the Bankruptcy Case. Other than the disclosures set forth herein, the Firm has no prior connection with the Debtor or any of the Debtor's creditors;

c.     The Firm has no prior connection with any insiders of the Debtor, any entities disclosed to the Firm to be related to the Debtor, any creditors of the Debtor, or any other party in interest in the Bankruptcy Case or their respective attorneys or accountants, the United States Trustee, or any person employed by the United States Trustee other than as disclosed in the prior subparagraph; and

d.     None of the professionals, paraprofessionals, or other employees comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, to the United States Trustee, or any employee of the United States Trustee.

6.     The Application is brought in accordance with Bankruptcy Code Section 327, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1(b).  For its services, the Firm has agreed to be compensated subject to the provisions of Bankruptcy Code Section 330.

7.     The Firm's services are to be compensated at the Firm's ordinary and customary hourly billing rates (billed in increments of tenths of an hour), plus expenses.  The ordinary and customary hourly billing rates of the Firm, at the time of this Application, are as follows:

DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

| Professional | Position | Hourly Rate |
|---|---|---|
| David B. Zolkin | Partner | $675 |
| Derrick Talerico | Partner | $675 |
| Catherine Liu | Partner | $550 |
| Paige Rolfe | Associate | $425 |
| Daniel J. Weintraub | Of Counsel | $750 |
| James R. Selth | Of Counsel | $585 |
| Tania Ingman | Of Counsel | $550 |
| Michael Kim | Of Counsel | $500 |
| Martha Araki | Paralegal | $295 |

8.     These hourly rates are subject to periodic adjustments to reflect economic and other conditions.  The Firm will maintain detailed records of any actual and necessary costs incurred in connection with the Services.

9.     I understand the provisions of Sections 327, 330, and 331 of the Bankruptcy Code, require, among other things, Court approval of the Debtor's employment of the Firm and of all fees and reimbursement of expenses that the Firm will seek to be paid from the Estate for its services. In compliance with Sections 330 and 331 of the Bankruptcy Code, the Firm intends to file applications for allowance of fees and reimbursement of costs as and when appropriate, but will file interim fee applications not more frequently than once every four (4) months that the Bankruptcy Case is pending.

10.     The Firm began advising the Debtor in or about May 2025.  The Debtor provided the Firm with a prepetition retainer (the "Prepetition Retainer") of $5,000 on April 29, 2025.  The Prepetition Retainer was paid to the Firm to compensate it for its legal services and costs, including the filing fees for the Bankruptcy Case. The Debtor did not have sufficient funds to pay a retainer to bankruptcy counsel. The Debtor secured a loan from Grand United Builder Inc. ("GUB") for $5,000 to DLC2 (the "GUB Loan") for the purpose of funding a retainer to Weintraub Zolkin Talerico & Selth LLP ("WZTS"). The Debtor directed GUB to wire the loan proceeds directly to WZTS. The principal of GUB is Danny Liwu He. Mr. He is a friend of Bo Don. Neither Mr. He nor GUB are an insider of the Debtor.

11. The Firm incurred $4,634.00 in attorneys' fees and costs prior to the filing of the Petition, which amount was paid from the Prepetition Retainer, leaving a retainer balance of $366.00 held in the Firm's client trust account (the "Chapter 11 Retainer"). The Firm was not owed any money by the Debtor on the Petition Date. The Firm will draw down on the Prepetition Retainers in accordance with the Guide to Applications for Retainers, and Professionals and Insider Compensation ("Fee Guide"), promulgated by the Office of the United States Trustee, except that the Prepetition Retainer will be maintained in the Firm's attorney-client trust account. The Firm will submit a monthly Professional Fee Statement each month until the Prepetition Retainer is exhausted. This Professional Fee Statement procedure is appropriate in this Bankruptcy Case because the work anticipated to be performed is significant, especially for a smaller firm such as the Firm. Waiting extensive periods for approval of interim fee applications would be an undue hardship for the Firm. Furthermore, to the extent any reassessment of fees is ordered by the Court, the Firm can respond accordingly.

12. During the Bankruptcy Case, the Firm will seek Court authority to be paid by the Debtor for any and all fees incurred and expenses advanced by the Firm in its representation of the Debtor. All such fees and costs will be subject to review by the Court pursuant to one or more fee applications filed by the Firm.

13. The Firm has not shared or agreed to share any compensation to be received by it in the Bankruptcy Case with any other person, except as among partners of the Firm.

14. The Firm's services are necessary to enable the Debtor to execute its duties as debtor in possession and to accomplish its goals of reorganization.

15. I believe that authorizing the Debtor to employ the Firm is in the best interests of the Estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of June, 2025, at Los Angeles, California.

*/s/ Derrick Talerico*
Derrick Talerico

-12-
DEBTOR'S APPLICATION TO EMPLOY WEINTRAUB ZOLKIN
TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# EXHIBIT 1

# Firm Bios

EXHIBIT 1 - Page 13



# Derrick Talerico, Partner

Mr. Talerico's practice centers on bankruptcy, restructuring, and commercial litigation. He is versed in all aspects of financial restructuring, having represented debtors, creditors, and other interest holders in and out of court for more than two decades.  His litigation practice focuses on general commercial disputes.

Prior to founding Weintraub Zolkin Talerico & Selth LLP, Mr. Talerico was a founding partner of Zolkin Talerico LLP.  He began his career practicing for over ten years at the international law firms of Milbank LLP and Loeb & Loeb LLP.

Mr. Talerico represents debtors, secured and unsecured creditors, creditor committees, asset purchasers, receivers, and trustees, in regional and national restructuring matters, both in-court and out-of-court.  He has represented clients in bankruptcy cases throughout California and the United States, from Texas to New York, Delaware, and Florida.

As a litigator, Mr. Talerico has prosecuted and defended a wide range of commercial disputes including fraud, intellectual property, lender liability, insurance, re-insurance, and real estate, among others in both state and federal court. In appellate practice, he has successfully argued before both District Courts and Bankruptcy Appellate Panels.

Education

    University of Texas at Austin School of Law, Austin, TX; JD
    Bond University, Gold Coast, Australia; Legal Studies
    University of Richmond, Richmond, VA; B.S. Business Administration, B.A.
    Psychology

Professional Activities

    American Bankruptcy Institute
    Financial Lawyers Conference
    National Conference of Bankruptcy Judges
    Los Angeles Bankruptcy Forum

Awards & Recognition

    INSOL Fellow (international and cross-border specialist)
    Public Counsel Attorney of the Year Award - Early Childcare Education Project
    Milbank Tweed Pro Bono Award



# David B. Zolkin, Partner

Mr. Zolkin has been a corporate restructuring attorney for over 30 years and has experience in all aspects of financial restructuring, insolvency law and processes.

Prior to founding Weintraub Zolkin Talerico & Selth LLP, he was a founding partner of the bankruptcy and business litigation boutique of Zolkin Talerico LLP.  Prior to that, Mr. Zolkin was an attorney at the Wall Street law firm of Milbank LLP, where he represented debtors, equity owners, financial institutions, first and second lien lenders, hedge and bond funds, trade creditors, chapter 11 trustees and debt and asset purchasers in complex restructurings, workouts and foreclosures across a variety of industry sectors.

Mr. Zolkin provides his clients with in-court and out-of-court legal strategies and approaches designed to lead to value maximization. His expertise spans various legal and business documents, including secured and unsecured debt documents, indentures, servicing agreements, purchase and sale agreements, confidentiality documents and other commercial and business contracts. He has negotiated and drafted restructuring term sheets, plans of reorganization, cash collateral and debtor in possession financing agreements and orders, bidding procedures for assets sales, sale agreements and other pleadings and documents required in chapter 11 bankruptcy cases.

He has represented clients in bankruptcy cases and out-of-court restructurings that have taken place throughout the United States, including, California, New York, Delaware, Illinois, Indiana, Texas, Louisiana, Nevada, Arizona, Washington and Oregon.

Education

    J.D., University of Southern California, Gould School of Law
    B.A., University of California, Los Angeles

Professional Activities

    American Bankruptcy Institute
    Los Angeles Bankruptcy Forum



# Catherine Liu, Partner

Catherine Liu is an attorney with nearly two decades of litigation experience, focusing primarily in all aspects of business/commercial litigation, lender liability, and real estate. She is a versatile and motivated trial attorney with solid track record of litigation success and experience in various facets of the law from inception to trial.

Prior to joining Weintraub Zolkin Talerico & Selth LLP, Ms. Liu was an attorney at Zolkin Talerico LLP, and prior to that practiced with the law firm of McKenna, Long & Aldridge (now Dentons) where she handled all facets of state and federal cases in complex business litigation matters, including numerous high profile matters. Ms. Liu has also successfully handled matters before the 2nd District Court of Appeals.

Education

    J.D., Loyola Law School
    B.A., University of California, Los Angeles



## Paige Rolfe, Associate

Paige Rolfe has practiced in all aspects of bankruptcy and financial restructuring for nearly five years. She is also well versed in all aspects of civil litigation practice in both state and federal courts. Prior to joining Weintraub Zolkin Talerico & Selth LLP, Ms. Rolfe worked at a bankruptcy boutique firm, learning the ins-and-outs of the restructuring practice from a retired bankruptcy judge.

Education

J.D., New York Law School, New York, NY
B.S., Champlain University, Burlington, VT


Professional Activities

American Bankruptcy Institute
Central District Consumer Bankruptcy Attorneys Association



## Martha Araki, Paralegal

Martha Araki has worked as a paralegal with law firms specializing in bankruptcy and litigation for more than 35 years.  Ms. Araki attended Washington State University, completing classes towards a Bachelor of Arts Degree in English.  She has worked with some of the most distinguished law firms in Los Angeles specializing in debtor representation practice in Chapters 11 and 7 cases in the Central District, Northern District, Eastern District and Southern District of California, in the District of Nevada, and in Honolulu, Hawaii. Ms. Araki attends multiple bankruptcy-related MCLE seminars to maintain paralegal compliance and was a member of IWIRC (International Women's Insolvency & Restructuring Confederation).

Prior to working with Weintraub Zolkin Talerico & Selth LLP, Ms. Araki was a senior paralegal with Zolkin Talerico LLP, Jeffer Mangels Butler & Marmaro LLP (now Jeffer Mangels Butler & Mitchell LLP) and Levene & Eisenberg, P.C., among others.  She has also worked as a project manager at BMC Group, which is a leading global provider of legal, financial and corporate information management solutions that handles administrative and claims processing for large bankruptcy cases nationwide.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DERRICK TALERICO IN SUPPORT THEREOF,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

⊠   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)   June 30, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

⊠   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                    Case No. 6:25-bk-13004-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Dos Lagos Center 2, LLC</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Courtesy NEF/Interested Party</u> **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- <u>Attorneys for Creditor First Credit Bank</u>: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>Attorneys for Creditor Na Jiang</u>: **Jeffrey S Shinbrot**: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- <u>US Trustee's Office (RS)</u>: ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                             **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-13642-SY
Central District of California
Riverside
Tue Jun 30 09:58:28 PDT 2025

Dos Lagos Center 2, LLC
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
   *DEBTOR*

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

American Fence Company Inc
Attn Nicole Ball
1860 Goetz Rd
Perris, CA 92570-6272
   *20 LARGEST*

CA Dept of Tax and Fee Admin
Account Info Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035
   *ADDITIONAL NOTICE*

First Credit Bank
Attn Kambiz Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392
   *SECURED CREDITOR*

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604
   *20 LARGEST*

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Fu Bang Group Corp USA
Attn Bo Don
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629
   *20 LARGEST*

Hua YiXu
4260 Odyssey Dr Unit 116
Corona, CA 92883
   *20 LARGEST*

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518
   *ADDITIONAL NOTICE*

Na Jiang
Attn Daisy Yun Zhao
DT Law Corporation
7700 Irvine Center Dr Ste 800
Irvine, CA 92618-3047
   *UNSECURED CREDITOR*

RDD Frt Intl - LA
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318
   *20 LARGEST*

Riverside County Treasurer-Tax Collector
PO Box Box 12005
Riverside, CA 92502-2205
   *SECURED CREDITOR*

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
   *FILING ATTORNEY*