Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DOS LAGOS CENTER 2, LLC,<br><br>        Debtor and Debtor in<br>        Possession. | Case No. 6:25-bk-13642-SY<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Set Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on June 30, 2025, Dos Lagos Center 2, LLC ("Debtor"), the debtor and debtor-in-possession in the pending chapter 11 bankruptcy case herein (the "Bankruptcy Case"), filed an application (the "Application") with the United States Bankruptcy Court, Central District of California,  Riverside Division, for an order authorizing the employment of Weintraub Zolkin Talerico & Selth LLP (the "Firm" or "WZTS") as the Debtor's general bankruptcy counsel as of May 30, 2025.  A copy of the Application is enclosed with this Notice.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

The Application seeks to employ the Firm pursuant to section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the Central District of California (the "Local Rules"), to perform the following services as the Debtor's general bankruptcy counsel in connection with the Bankruptcy Case:

1. Advice concerning the Debtor's rights, powers, and duties under Sections 1107 and 1108 of the Bankruptcy Code;

2. Advice concerning all general administrative matters in the Bankruptcy Case and dealings with the Office of the United States Trustee;

3. Representation of the Debtor at all hearings before the United States Bankruptcy Court involving the Debtor in its capacity as debtor-in-possession and as reorganized debtor, as applicable, unless the Debtor is represented in that proceeding or hearing by other/special counsel;

4. Preparation on the Debtor's behalf, as debtor-in-possession, of all necessary schedules and amendments thereto, applications, motions, orders and other legal papers;

5. Advice to the Debtor regarding matters of bankruptcy law, including the Debtor's rights and remedies with respect to assets of their bankruptcy estate (the "Estate") and creditor claims;

6. Representation of the Debtor with regard to all contested matters;

7. Representation of the Debtor in any litigation commenced by, or against, it, provided that such litigation is within the Firm's expertise and subject to a further engagement agreement with the Debtor on terms acceptable to Debtor and the Firm;

8. Representation of the Debtor with regard to the negotiation, preparation and implementation of one or more plans of reorganization;

9. Analysis of any secured, priority, or general unsecured claims that have been filed in the Bankruptcy Case;

10. Negotiation with the Debtor's secured and unsecured creditors regarding the amount and payment of claims;

11. Objection to claims as may be appropriate; and

12. Performance of all other legal services for the Debtor in its capacities as debtor-in-possession, as may be necessary.

**PLEASE TAKE FURTHER NOTICE** that, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, the Debtor proposes to pay the Firm its customary hourly rates in effect at the

time services are rendered, and to reimburse actual, necessary expenses incurred by the Firm.  As set forth in the Application, the hourly rates range from $425 to $675 per hour for attorneys, and $175 - $295 for practice assistants and paralegals.

**PLEASE TAKE FURTHER NOTICE** that the Application provides specific information as to all funds received by the Firm in contemplation of the Bankruptcy Case, including:  (i) the amount of retainer the Firm received from the Debtor to compensate the Firm for its legal services and costs, including the filing fee for the Bankruptcy Case; and (ii) the source of the Prepetition Retainer.  The Firm was not owed any money by the Debtor as of the Petition Date and has not received or will receive any lien or other interest in property of the Debtor or of a third party to secure payment of the Firm's fees.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Application, the Firm may seek interim compensation during the Bankruptcy Case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  The Firm understands that its compensation in the Bankruptcy Case will be subject to the approval of the Court.

**PLEASE TAKE FURTHER NOTICE** that the Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold or represent any interest adverse to the Debtor's estate, the Debtor, its creditors, the Office of the United States Trustee, or any other party in interest in the Bankruptcy Case, other than as set forth in the Declaration of Derrick Talerico attached to the Application..

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 2014-1(b)(1), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, if you do not oppose the proposed employment of the Firm, you need take no further action.  In accordance with Local Rule 2014-1(b)(3)(E), any response and request for hearing, in the form required by Local Rule 9013-1(f)(1), must be filed with the Court and served on the: (i) Debtor's proposed counsel, whose name and address appears in the upper-left hand corner of this Notice; and (ii) Office of the United States Trustee, Attn: Abram S. Feuerstein, Esq., 3801 University Ave, Suite 720, Riverside, CA 92501, not later than **14 days** from

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

the date of service of this Notice, plus 3 additional days if you were served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D), (E), or (F).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-l(h), failure to timely file and serve a response or objection may be deemed to constitute consent to the relief requested.  If the objection period expires without the filing of a response and request for hearing, then the Debtor will submit an order for entry by the Court pursuant to Local Rule 9013-1(o)(4)

Dated:  June 30, 2025                          **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: */s/ Derrick Talerico*
    Derrick Talerico
[Proposed] General Bankruptcy Counsel for
Dos Lagos Center 2, LLC, Debtor and
Debtor in Possession

NOTICE OF APPLICATION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF service list

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   June 30, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.


See attached US Mail service list

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.


☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                    Case No. 6:25-bk-13004-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Dos Lagos Center 2, LLC</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Courtesy NEF/Interested Party</u>  **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- <u>Attorneys for Creditor First Credit Bank</u>:  **Dennette A Mulvaney**:  dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>Attorneys for Creditor Na Jiang</u>:  **Jeffrey S Shinbrot**:  jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- <u>US Trustee's Office (RS)</u>:  ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-13642-SY
Central District of California
Riverside
Tue Jun 30 09:58:28 PDT 2025

Dos Lagos Center 2, LLC
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
  *DEBTOR*

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

American Fence Company Inc
Attn Nicole Ball
1860 Goetz Rd
Perris, CA 92570-6272
  *20 LARGEST*

CA Dept of Tax and Fee Admin
Account Info Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035
  *ADDITIONAL NOTICE*

First Credit Bank
Attn Kambiz Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392
  *SECURED CREDITOR*

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604
  *20 LARGEST*

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Fu Bang Group Corp USA
Attn Bo Don
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629
  *20 LARGEST*

Hua YiXu
4260 Odyssey Dr Unit 116
Corona, CA 92883
  *20 LARGEST*

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518
  *ADDITIONAL NOTICE*

Na Jiang
Attn Daisy Yun Zhao
DT Law Corporation
7700 Irvine Center Dr Ste 800
Irvine, CA 92618-3047
  *UNSECURED CREDITOR*

RDD Frt Intl - LA
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318
  *20 LARGEST*

Riverside County Treasurer-Tax Collector
PO Box Box 12005
Riverside, CA 92502-2205
  *SECURED CREDITOR*

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
  *FILING ATTORNEY*