Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DOS LAGOS CENTER 2, LLC,<br><br>          Debtor and Debtor in Possession. | Case No. 6:25-bk-13642-SY<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE: APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL [Dkt. 24]**<br><br>[No Hearing Set Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

Dos Lagos Center 2, LLC ("Debtor"), the debtor and debtor-in-possession in the pending chapter 11 bankruptcy case herein, filed an *Application of Chapter 11 Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel; Declaration of Derrick Talerico in Support Thereof* (the "Application") [Dkt. 24] on June 30, 2025.

-1-
NOTICE OF ERRATA

It has come to the Debtor's attention that the Case No. in the caption of the Application inadvertently reflected an incorrect case number.  The correct case number for the Debtor's case is Case No. 6:25-bk-13642-SY.

Dated:  July 1, 2025                              **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: */s/ Derrick Talerico*
Derrick Talerico
[Proposed] General Bankruptcy Counsel for
Dos Lagos Center 2, LLC, Debtor and
Debtor in Possession

-2-
NOTICE OF ERRATA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA RE: APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 1, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  July 1, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 1, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA                                    Case No. 6:25-bk-13004-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Dos Lagos Center 2, LLC</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Courtesy NEF/Interested Party</u>  **Rika Kido**: rkido@shulmanbastian.com; avernon@shulmanbastian.com
- <u>Attorneys for Creditor First Credit Bank</u>: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>Attorneys for Creditor Na Jiang</u>: **Jeffrey S Shinbrot**: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- <u>US Trustee's Office (RS)</u>: ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-13642-SY
Central District of California
Riverside
Tue Jun 30 09:58:28 PDT 2025

Dos Lagos Center 2, LLC
4261 Odyssey Dr Unit 116
Corona, CA 92883-5629
 *DEBTOR*

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

American Fence Company Inc
Attn Nicole Ball
1860 Goetz Rd
Perris, CA 92570-6272
 *20 LARGEST*

CA Dept of Tax and Fee Admin
Account Info Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

First American Title Insurance Company
9255 Town Center Dr Ste 200
San Diego, CA 92121-3035
 *ADDITIONAL NOTICE*

First Credit Bank
Attn Kambiz Ghassemieh
9255 Sunset Blvd
West Hollywood, CA 90069-3392
 *SECURED CREDITOR*

First Federal Development & Co
Attn WeiCai Li
4280 Odyssey Dr Unit 103
Corona, CA 92883-5604
 *20 LARGEST*

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Fu Bang Group Corp USA
Attn Bo Don
4261 Odyssey Dr Unit 117
Corona, CA 92883-5629
 *20 LARGEST*

Hua YiXu
4260 Odyssey Dr Unit 116
Corona, CA 92883
 *20 LARGEST*

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Leech Tishman Nelson Hardiman
Attn Ivan M Posey
1100 Glendon Ave Fl 14
Los Angeles, CA 90024-3518
 *ADDITIONAL NOTICE*

Na Jiang
Attn Daisy Yun Zhao
DT Law Corporation
7700 Irvine Center Dr Ste 800
Irvine, CA 92618-3047
 *UNSECURED CREDITOR*

RDD Frt Intl - LA
Attn Zhang Lang
125 Vineland AVe
La Puente, CA 91746-2318
 *20 LARGEST*

Riverside County Treasurer-Tax Collector
PO Box Box 12005
Riverside, CA 92502-2205
 *SECURED CREDITOR*

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577
 *FILING ATTORNEY*