## United States Bankruptcy Court
### Central District of California
#### Riverside
#### Scott Yun, Presiding
#### Courtroom 302 Calendar

**Thursday, July 10, 2025**                                    **Hearing Room    302**

1:30 PM

**6:25-13642    Dos Lagos Center 2, LLC**                          **Chapter 11**

Telephonic Hearing

*Derrick Talerico
for debtor*

#6.00    Order to Show Cause re: Dismissal for Debtor's
         Failure to Sign Case Commencement Documents

Docket    1

**Matter Notes:**

GRANTED: _____    DENIED: ✓ _____

CONT'D. TO: _____

*discharged*

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: _____

Order Lodged by: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**

**Debtor(s):**

Dos Lagos Center 2, LLC                    Represented By
                                           Derrick  Talerico