# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, July 10, 2025**                          **Hearing Room     302**

<u>1:30 PM</u>
**6:25-13642   Dos Lagos Center 2, LLC**                          **Chapter 11**

| Telephonic Hearing |

*Derrick Talerico for debtor*

**#7.00    STATUS CONFERENCE re: Chapter 11**

**Abram S Feuerstein to appear by telephone (951)276-6975** *~UST*
**Dennette A Mulvaney to appear by telephone (424)738-4400** *~First Credit*
**Jeffrey S Shinbrot to appear by telephone (310)659-5444** *~Napis.*

*Daniel Goluboski*
*~Shorbent*

Docket        1

**Matter Notes:**

Status Conference date continued to: _____ *9-25-25 @ 1:30pm*

    Status Report due: _____ *9-11-25*

Status Report due: _____

Set Claims bar date notice deadline: _____ *7-18-25*

Set Claims bar date: _____ *8-29-25*

Set deadline to Objection to Claims: _____

Last day to file Plan and Disclosure Statement: _____

    Joint Plan permitted: _____

Date Disclosure Statement can be heard, if timely filed: _____

    Disclosure Statement to be filed (42 days): _____

    Disclosure Statement Objections filed (14 days): _____

    Disclosure Statement Approved _____

**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

Thursday, July 10, 2025                                    Hearing Room      302

1:30 PM
CONT...      Dos Lagos Center 2, LLC                                    Chapter 11
     **Plan Confirmation Hearing:**          _____

          **Brief in Support filed:**        _____

          **Objection filed:**               _____

          **Reply filed:**                   _____

          **Ballot Summary filed:**          _____

     **Plan Confirmed** _____

     **Case Dismissed** _____ 180 day bar _____ without 180 day bar


     **Case Converted to Chapter 7:**        _____

     **Chapter 11 Trustee Appointed:**       _____

     **Hearing continued to:**               _____

          **Brief filed:**                   _____

          **Opposition filed:**              _____

          **Reply filed:**                   _____

 **Tentative Ruling:**

     The court may take any action specified in the Order Scheduling Chapter
     11 Status Conference entered in this case. Specifically, counsel should be
     prepared to address dismissal, conversion, or appointment of a chapter 11
     trustee without further notice.

     APPEARANCES REQUIRED. Appearances may be in person or by

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, July 10, 2025**                                          **Hearing Room      302**

1:30 PM

**CONT...      Dos Lagos Center 2, LLC**                                          **Chapter 11**

telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

|                    Party Information                    |
|---------------------------------------------------------|

**Debtor(s):**

Dos Lagos Center 2, LLC                    Represented By
                                           Derrick  Talerico