Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

Attorneys for Dos Lagos Center 2, LLC
Debtor and Debtor in Possession

FILED & ENTERED

JUL 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DOS LAGOS CENTER 2, LLC,<br><br>　　　　　Debtor and<br>　　　　　Debtor in Possession. | Case No. 6:25-bk-13642-SY<br><br>Chapter 11<br><br>**SCHEDULING ORDER**<br><br>Status Conference:<br>Date:　　　July 10, 2025<br>Time:　　　1:30 p.m.<br>Crtrm:　　　302<br>　　　　　　3420 Twelfth Street<br>　　　　　　Riverside, CA 92501 |

The chapter 11 status conference of Dos Lagos Center 2, LLC ("Debtor"), debtor and debtor-i- possession in this case, was held on July 10, 2025 at 1:30 p.m. before the Honorable Scott H. Yun, United States Bankruptcy Judge, in his courtroom and via Zoom audio. Appearances were as noted on the record, and based thereon,

**IT IS HEREBY ORDERED** that:

1.　　　The claims bar date in this case is set for August 29, 2025;

2.　　　The Debtor is to serve notice of the bar date by not later than July 18, 2025 to all

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

creditors of the Debtor;

3.    The chapter 11 status conference is continued to September 25, 2025 at 1:30 p.m.; and

4.    The Debtor is to file and serve an updated chapter 11 status report by September 11, 2025;

5.    No status report is required if the Debtor has filed its chapter 11 plan by September 11, 2025;

6.    The Debtor may schedule a disclosure statement hearing to coincide with the September 25, 2025 status conference.

###

Date: July 24, 2025

Scott H. Yun
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-
SCHEDULING ORDER