United States Bankruptcy Court

Central District of California

In re:                                                                                        Case No. 25-13642-SY

Dos Lagos Center 2, LLC                                                      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

**Recip ID          Recipient Name and Address**
db                 +  Dos Lagos Center 2, LLC, 4261 Odyssey Dr Unit 116, Corona, CA 92883-5629

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025                                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov |
| David B Golubchik | on behalf of Interested Party Courtesy NEF dbg@lnbyg.com  dbg@lnbyg.com |
| Dennette A Mulvaney | on behalf of Creditor First Credit Bank dmulvaney@leechtishman.com lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com |
| Derrick Talerico | on behalf of Debtor Dos Lagos Center 2  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Everett L Green | |

District/off: 0973-6                    User: admin                        Page 2 of 2
Date Rcvd: Jul 24, 2025                 Form ID: pdf042                     Total Noticed: 1

on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Jeffrey S Shinbrot

on behalf of Creditor Na Jiang jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

Attorneys for Dos Lagos Center 2, LLC
Debtor and Debtor in Possession

**FILED & ENTERED**

**JUL 24 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DOS LAGOS CENTER 2, LLC,<br><br>       Debtor and<br>       Debtor in Possession. | Case No. 6:25-bk-13642-SY<br><br>Chapter 11<br><br>**SCHEDULING ORDER**<br><br>Status Conference:<br>Date:      July 10, 2025<br>Time:     1:30 p.m.<br>Crtrm:    302<br>           3420 Twelfth Street<br>           Riverside, CA 92501 |

      The chapter 11 status conference of Dos Lagos Center 2, LLC ("Debtor"), debtor and debtor-i- possession in this case, was held on July 10, 2025 at 1:30 p.m. before the Honorable Scott H. Yun, United States Bankruptcy Judge, in his courtroom and via Zoom audio. Appearances were as noted on the record, and based thereon,

      **IT IS HEREBY ORDERED** that:

      1.     The claims bar date in this case is set for August 29, 2025;

      2.     The Debtor is to serve notice of the bar date by not later than July 18, 2025 to all

-1-
SCHEDULING ORDER

creditors of the Debtor;

3. The chapter 11 status conference is continued to September 25, 2025 at 1:30 p.m.; and

4. The Debtor is to file and serve an updated chapter 11 status report by September 11, 2025;

5. No status report is required if the Debtor has filed its chapter 11 plan by September 11, 2025;

6. The Debtor may schedule a disclosure statement hearing to coincide with the September 25, 2025 status conference.

###

Date: July 24, 2025

Scott H. Yun
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-
SCHEDULING ORDER