United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 25-13642-SY

Dos Lagos Center 2, LLC                                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

**Recip ID           Recipient Name and Address**
db                  + Dos Lagos Center 2, LLC, 4261 Odyssey Dr Unit 116, Corona, CA 92883-5629

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov |
| David B Golubchik | on behalf of Interested Party Courtesy NEF dbg@lnbyg.com  dbg@lnbyg.com |
| Dennette A Mulvaney | on behalf of Creditor First Credit Bank dmulvaney@leechtishman.com lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com |
| Derrick Talerico | on behalf of Debtor Dos Lagos Center 2  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |

District/off: 0973-6                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 05, 2025                        Form ID: pdf042                            Total Noticed: 1

Everett L Green
            on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Jeffrey S Shinbrot
            on behalf of Creditor Na Jiang jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

United States Trustee (RS)
            ustpregion16.rs.ecf@usdoj.gov


TOTAL: 8

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

Attorneys for Dos Lagos Center 2, LLC,
Debtor and Debtor in Possession

**FILED & ENTERED**

**AUG 05 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

In re:

DOS LAGOS CENTER 2, LLC,

        Debtor and
        Debtor in Possession.

Case No. 6:25-bk-13642-SY

Chapter 11

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO RETAIN FORCE TEN PARTNERS, LLC TO PROVIDE NICHOLAS RUBIN AS CHIEF RESTRUCTURING OFFICER AND RESTRUCTURING ADVISOR PERSONNEL**

[No Hearing Requested]

On July 10, 2025, Dos Lagos Center 2, LLC ("Debtor"), the above-captioned chapter 11 debtor and debtor-in-possession, filed and served its *Motion for Entry of an Order (I) Authorizing the Debtor to Retain Force Ten Partners, LLC to Provide Nicholas Rubin as Chief Restructuring Officer and Restructuring Advisor Personnel, as Necessary, Effective as of the Petition Date; (II) Approving the Retention Agreement; and (III) Granting Related Relief* (the "Motion") [Docket no. 31], and on July 11, 2025 the Debtor file and served the *Notice of Opportunity to Request a Hearing on Motion* (the "Notice") [Docket no. 34].  No opposition or request for hearing on the

-1-

Notice or the Motion was filed with the court or served upon the Debtor. Having reviewed the Notice and the Motion and the papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that:

1.     The Motion is granted.

2.     The Debtor is authorized to retain Force Ten Partners, LLC to provide Nicholas Rubin as chief restructuring officer and restructuring advisor personnel, as necessary, under 11 U.S.C. § 363, on the terms and conditions set forth in the Retention Agreement attached as Exhibit 1 to the Motion.

###

Date: August 5, 2025

Scott H. Yun
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-2-
ORDER GRANTING MOTION TO RETAIN FORCE TEN PARTNERS, LLC AS CRO