Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re: | Case No. 6:25-bk-13642-SY |
|---|---|
| DOS LAGOS CENTER 2, LLC, | Chapter 11 |
|        Debtor and Debtor in Possession. | **SUPPLEMENT TO APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DERRICK TALERICO IN SUPPORT THEREOF** |
| | [No Hearing Set Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

Dos Lagos Center 2, LLC (the "Debtor" or "DLC2"), the above-captioned chapter 11 debtor and debtor-in-possession, filed an application (the "Application") for the entry of an order authorizing the employment of Weintraub Zolkin Talerico & Selth LLP (the "Firm" or "WZTS") as its general bankruptcy counsel in the above-captioned bankruptcy case (the "Bankruptcy Case"), pursuant to Sections 327 and 1107 of Title 11 of the United States Code (beginning at 11 U.S.C. §§

-1-

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

101, et seq., the "Bankruptcy Code"), with compensation to be paid to the Firm pursuant to Section 330 of the Bankruptcy Code [Dkt. 24]. DLC2 now submits this *Supplement to Application of Chapter 11 Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* (the "Supplement") to address concerns raised by the United States Trustee to the Application.

In response to inquiry from the United States Trustee as to certain inter-company claims between DLC2 and related debtor Fu Bang Group Corp. USA ("Fu Bang," Case No. 6:25-bk-13004-SY) and the potential of a conflict of interest for the Firm related to intercompany claims, DLC2 and Fu Bang reviewed their schedules to ensure their accuracy. In doing so, DLC2 determined a $10,500,000 note owed by Fu Bang to DLC2 was inadvertently listed as an asset in its schedules, when such debt is actually owed by Fu Bang to Dos Lagos Regional Center 2, LP, a non-debtor entity. To correct for this error, DLC2 filed Amended Schedules [Dkt. 40] to remove the $10,500,000 note.

As to inter-company claims between DLC2 and Fu Bang, there remains a $2,172,798 loan from DLC2 to Fu Bang. To the extent a conflict should arise between the debtors regarding this claim, the Firm will alert the United States Trustee of such conflict, the Firm will not represent DLC2 in regard to this claim, and conflicts counsel will be appointed to represent DLC2 in regard to this claim.

The Firm has presented this Supplement to the United States Trustee prior to its filing.

Dated: August 19, 2025          **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By: */s/ Derrick Talerico*
        Derrick Talerico
        Paige T. Rolfe
[Proposed] Counsel to Debtor Dos Lagos Center 2, LLC

SUPPLEMENT TO DEBTOR'S APPLICATION TO EMPLOY
WEINTRAUB ZOLKIN TALERICO & SELTH LLP

### DECLARATION OF DERRICK TALERICO

I, Derrick Talerico, hereby declare as follows:

1.     I am an attorney duly admitted to practice law in the state of California and am admitted inter alia to the United States District Court for the Central District of California, and therefore to practice in the United States Bankruptcy Court for the Central District of California.  I have personal knowledge of the facts stated herein and knowledge based on business records of my law practice and of my law firm Weintraub Zolkin Talerico & Selth LLP (the "Firm")

2.     I submit this Declaration in support of the *Supplement to Application of Chapter 11 Debtor and Debtor in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* (the "Supplement") filed by Dos Lagos Center 2, LLC ("Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Bankruptcy Case").

3.     As to the $2,172,798 inter-company loan from DLC2 to Fu Bang, to the extent a conflict should arise between the debtors regarding this claim, the Firm will alert the United States Trustee of such conflict, the Firm will not represent DLC2 regarding this claim, and conflicts counsel will be appointed to represent DLC2 in regard to this claim.

4.     The Firm has presented the Supplement to the United States Trustee prior to its filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of August, 2025, at Los Angeles, California.

 */s/ Derrick Talerico*
 Derrick Talerico

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO APPLICATION OF CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DERRICK TALERICO IN SUPPORT THEREOF,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 19, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  August 19, 2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun                    (via Priority Mail)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 19, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

In re Dos Lagos Center 2, LLC                                      Case No. 6:25-bk-13642-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Dos Lagos Center 2, LLC</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Interested Party/Courtesy NEF</u>: **David B. Golubchik**: dbg@lnbyg.com
- <u>Attorneys for Creditor First Credit Bank</u>: **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>Attorneys for Creditor Na Jiang</u>: **Jeffrey S Shinbrot**: jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- <u>US Trustee's Office (RS)</u>: ustpregion16.rs.ecf@usdoj.gov; **Abram Feuerstein, Everett L Green, Ali Matin**: abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**