Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone:  (424) 500-8552

☐ *Individual appearing without attorney*
☒ *Attorney for:*  Dos Lagos Center 2, LLC

FOR COURT USE ONLY

**FILED & ENTERED**

**AUG 26 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason     DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION**

In re:

FU BANG GROUP CORP, USA,

                                          Debtor(s)
------------------------------------------------------------------------
In re:

DOS LAGOS CENTER 2, LLC

                                          Debtor(s)
_____

☒ Affects All Debtors

☐ Affects

☐ Affects

☐ Affects

☐ Affects

☐ See attached for additional Debtors

                                          Debtor(s)

LEAD CASE NO.: 6;25-bk-13004-SY

CHAPTER: 11

JOINTLY ADMINISTERED WITH:

CASE NO.:  6:25-bk-13642-SY

CASE NO.:

CASE NO.:

CASE NO.:

CASE NO.:
☐ See attached for additional Case Numbers

**ORDER ☒ GRANTING ☐ DENYING**
**MOTION TO APPROVE JOINT**
**ADMINISTRATION OF CASES**

**[LBR 1015-1, 9013-1(q)]**

[No Hearing Required]

On (*date*) August 5, 2025, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re FU BANG GROUP CORP, USA, case number 6:25-bk-13004-SY.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

Having reviewed the motion, IT IS ORDERED THAT:

1.  The motion is:  ☒ Granted    ☐ Denied

2.  Promptly upon entry of an order granting a motion to approve joint administration:

    a)  Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b)  To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c)  The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d)  To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3.  Other:

                                            ###

Date: August 26, 2025

_____

Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                    Page 2                    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**