United States Bankruptcy Court

Central District of California

In re:    Case No. 25-13642-SY

Dos Lagos Center 2, LLC    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dos Lagos Center 2, LLC, 4261 Odyssey Dr Unit 116, Corona, CA 92883-5629 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov |
| David B Golubchik | on behalf of Interested Party Courtesy NEF dbg@lnbyg.com  dbg@lnbyg.com |
| Dennette A Mulvaney | on behalf of Creditor First Credit Bank dmulvaney@leechtishman.com lmoya@leechtishman.com;NArango@LeechTishman.com;dbender@leechtishman.com |
| Derrick Talerico | on behalf of Debtor Dos Lagos Center 2  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |

District/off: 0973-6                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 26, 2025                        Form ID: pdf042                              Total Noticed: 1

Everett L Green
              on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov

Jeffrey S Shinbrot
              on behalf of Creditor Na Jiang jeffrey@shinbrotfirm.com  sandra@shinbrotfirm.com;tanya@shinbrotfirm.com

United States Trustee (RS)
              ustpregion16.rs.ecf@usdoj.gov


TOTAL: 8

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Derrick Talerico (State Bar No. 223763)<br>dtalerico@wztslaw.com<br>Paige T. Rolfe (State Bar No. 331096)<br>prolfe@wztslaw.com<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone:  (424) 500-8552 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 26 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Mason     DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Dos Lagos Center 2, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>FU BANG GROUP CORP, USA,<br><br>                         Debtor(s)<br>-------------------------------------------------------------------------<br>In re:<br><br>DOS LAGOS CENTER 2, LLC<br><br>                         Debtor(s) | LEAD CASE NO.: 6;25-bk-13004-SY<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br><br>CASE NO.:  6:25-bk-13642-SY<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.:<br>☐ See attached for additional Case Numbers |
| ☒ Affects All Debtors<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ See attached for additional Debtors<br><br>                         Debtor(s) | **ORDER  ☒ GRANTING ☐ DENYING**<br>**MOTION TO APPROVE JOINT**<br>**ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

On (*date*) August 5, 2025, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re FU BANG GROUP CORP, USA, case number 6:25-bk-13004-SY.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is: ☒ Granted    ☐ Denied

2. Promptly upon entry of an order granting a motion to approve joint administration:

   a)  Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

   b)  To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

   c)  The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

   d)  To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

###

Date: August 26, 2025

Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.