| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>dtalerico@wztslaw.com<br>Paige T. Rolfe (State Bar No. 331096)<br>prolfe@wztslaw.com<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone:  (424) 500-8552 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - Riverside Division

| | |
|---|---|
| In re:<br>  FU BANG GROUP CORP (USA),<br><br>                                                    Debtor(s)<br>-------------------------------------------------------------------------<br>In re:<br>  DOS LAGOS CENTER 2, LLC<br><br><br><br><br>                                                    Debtor(s) | LEAD CASE NO.: 6:25-bk-13004-SY<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br><br>CASE NO.:  6:25-bk-13642-SY<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.:<br><br>CASE NO.:<br>☐ See attached for additional Case Numbers |
| ☐ Affects All Debtors<br><br>☐ Affects  Fu Bang Group Corp (USA); 6:25-bk-13004-SY<br><br>☒ Affects  Dos Lagos Center 2, LLC; 6:25-bk-13642-SY<br><br>☐ Affects<br><br>☐ Affects<br><br>☐ See attached for additional Debtors<br><br>                                                    Debtor(s) | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES:  An order was entered on (*date*) 08/26/2025 granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:

Date: 08/29/2025

By: /s/ Derrick Talerico

Signature

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 29, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 29, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 29, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun                          (via Priority Mail)
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501-3819

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 29, 2025 | Martha E. Araki | /s/ Martha E. Araki |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

In re Fu Bang Group Corp, USA and Dos Lagos Center 2, LLC (Jointly Administered)   Lead Case No. 6:25-bk-13004-SY

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtors Fu Bang Group Corp (USA) and Dos Lagos Center 2, LLC</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Creditor Sparknest, LLC, a Delaware limited liability company:</u> **David B Golubchik**:  dbg@lnbyg.com
- <u>Attorneys for Creditor First Credit Bank and Attorney Dennette A Mulvaney</u>:  **Dennette A Mulvaney**: dmulvaney@leechtishman.com; lmoya@leechtishman.com; narango@leechtishman.com; dbender@leechtishman.com
- <u>Attorneys for Creditor Na Jiang</u>:  **Jeffrey S Shinbrot**:  jeffrey@shinbrotfirm.com; sandra@shinbrotfirm.com; tanya@shinbrotfirm.com
- <u>On behalf of the U.S. Trustee (RS)</u>:  **Abram Feuerstein, Everett L Green, Ali Matin**:  abram.s.feuerstein@usdoj.gov; everett.l.green@usdoj.gov; ali.matin@usdoj.gov
- <u>US Trustee's Office (RS)</u>:  ustpregion16.rs.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:25-bk-13642-SY<br>Central District of California<br>Riverside<br>Thu Aug 28 15:53:37 PDT 2025 | Dos Lagos Center 2, LLC<br>4261 Odyssey Dr Unit 116<br>Corona, CA 92883-5629 | Force Ten Partners LLC<br>5271 California Avenue Suite 270<br>Irvine, CA 92617-3222 |
| Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | American Fence Company Inc<br>Attn Nicole Ball<br>1860 Goetz Rd<br>Perris, CA 92570-6272 | CA Dept of Tax and Fee Admin<br>Account Info Group MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 |
| Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | First American Title Insurance Company<br>9255 Town Center Dr Ste 200<br>San Diego, CA 92121-3035 | First Credit Bank<br>Attn Kambiz Ghassemieh<br>9255 Sunset Blvd<br>West Hollywood, CA 90069-3392 |
| First Federal Development & Co<br>Attn WeiCai Li<br>4280 Odyssey Dr Unit 103<br>Corona, CA 92883-5604 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Fu Bang Group Corp USA<br>Attn Bo Don<br>4261 Odyssey Dr Unit 117<br>Corona, CA 92883-5629 |
| Hua YiXu<br>4260 Odyssey Dr Unit 116<br>Corona, CA 92883 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Leech Tishman Nelson Hardiman<br>Attn Ivan M Posey<br>1100 Glendon Ave Fl 14<br>Los Angeles, CA 90024-3518 |
| Na Jiang<br>Attn Daisy Yun Zhao<br>DT Law Corporation<br>7700 Irvine Center Dr Ste 800<br>Irvine, CA 92618-3047 | Peter Y Hong<br>150 North Santa Anita Avenue<br>Suite 300<br>Arcadia, CA 91006-3116 | RDD Freight International (LA) Inc.<br>125 Vineland Drive<br>City of Industry, CA 91746-2318 |
| RDD Frt Intl - LA<br>Attn Zhang Lang<br>125 Vineland AVe<br>La Puente, CA 91746-2318 | Riverside County Treasurer-Tax Collector<br>4080 Lemon St 4th Floor<br>Riverside CA 92501-3609 | ~~United States Trustee (RS)~~<br>~~3801 University Avenue, Suite 720~~<br>~~Riverside, CA 92501-3255~~<br>*NEF RECIPIENT* |
| ~~Derrick Talerico~~<br>~~Weintraub Zolkin Talerico & Selth LLP~~<br>~~11766 Wilshire Blvd~~<br>~~Suite 730~~<br>~~Los Angeles, CA 90025-6577~~<br>*FILING ATTORNEY* | | |